UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY JEROME MITCHELL,

    Plaintiff,

v.                                      Case No. 1:16cv18-WTH-CJK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on plaintiff's motion for attorney's fees (doc. 29), to which defendant initially objected (doc. 30), arguing the amount sought was excessive. The undersigned entered an order (doc. 31) requiring the parties to confer in an effort to resolve the matter without further intervention of the court. The parties complied and entered a Joint Notice Regarding Amount to be Awarded Under the Equal Access to Justice Act (doc. 34). In the notice, the parties state they have agreed that plaintiff's counsel will receive $5,700.00 in attorney's fees for 30 hours of work.

Having considered plaintiff's motion, defendant's response, and the joint notice, the court finds plaintiff's motion should be granted in part and denied in part, consistent with the parties' agreement.

Accordingly, it is respectfully RECOMMENDED:

1.  That plaintiff be awarded a reasonable fee under the Equal Access to Justice Act in the amount of $5,700.00, to be paid by defendant Commissioner within a reasonable time of this order.

2.  That the Commissioner be required to follow *Astrue v. Ratliff*, but make prompt payment of the amount due, as no showing of an outstanding federal debt has been made to date.

3.  That the clerk be directed to close the file.

At Pensacola, Florida, this 14th day of March, 2018.

*/Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 1:16cv18-WTH-CJK

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 1:16cv18-WTH-CJK