# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

ANTHONY JEROME MITCHELL,

   Plaintiff,

v.                                                  CASE NO. 1:16-cv-00018-WTH-CJK

NANCY A BERRYHILL, COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

_____/

## ORDER AWARDING FEES UNDER THE E.A.J.A

This matter is before the Court on ECF No. 35, in which the Magistrate Judge recommends that plaintiff be awarded a reasonable fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,700.00. Defendant did not object. Upon consideration, it is hereby

**ORDERED AND ADJUDGED**:

1. The Report and Recommendation is adopted, and Plaintiff is awarded fees in the amount of $5,700, to be paid by defendant Commissioner within a reasonable time of this order.

2. The Commissioner is required to follow *Astrue v. Ratliff*, but make prompt payment of the amount due, as no showing of an outstanding federal debt has been made to date.

**DONE AND ORDERED** this *3rd* day of July, 2018



UNITED STATES DISTRICT JUDGE